IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANNIE R. FRANKLIN and  \*
VICKI A. ISOME,
                                        \*
        Plaintiffs
                                        \*     CASE NO. 4:07-CV-137 (CDL)
vs.
                                        \*
GEORGIA AUTO PAWN,
                                        \*
        Defendant
                                        \*

## O R D E R

Defendant has filed motions for summary judgment as to all of the claims asserted by each Plaintiff (Docs. 17 & 18). Plaintiffs' counsel has filed no response to Defendant's motions. Accordingly, pursuant to the Court's local rules, Defendant's statements of material facts are deemed admitted. L.R. 56. The Court recognizes that it cannot grant summary judgment "by default" and must review the materials submitted in support of the motions to ensure that the motions are properly supported. *See Reese v. Herbert,* 527 F.3d 1253, 1267-1271 (11th Cir. 2008). The Court has examined the materials submitted by Defendant in support of its motions and the present record and determined that no genuine issues of material fact exist to be tried and that Defendant is entitled to judgment as a matter of law as to the claims asserted by each Plaintiff. Accordingly, Defendant's motions for summary judgment (Docs. 17 & 18) are granted.

IT IS SO ORDERED, this 16th day of July, 2008.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE